An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PATRICK HENRY RANDLE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68708

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a district court order denying a motion of "Warning" Courts "Oath and Swear," Penalties of Perjury. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32374

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Patrick Henry Randle
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A